

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

USAA General Indemnity Company,
Appellant

No. 06-23-00084-CV      v.

Kenneth O'Bryant, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 23C0796-102). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we vacate the trial court's September 28 temporary injunction order.

We further order that the appellee, Kenneth O'Bryant, pay all costs of this appeal.

RENDERED JANUARY 18, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk